Report Date: December 28, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

1/2/18

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Allen Booth | Case Number: 0980 2:13CR00185-TOR-1 |
| Address of Offender: | Spokane Valley, Washington 99037 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 18, 2015

Original Offense: Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(B), and 846

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 24 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: January 5, 2017 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 4, 2022 | |

### PETITIONING THE COURT

To issue a **summons** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/20/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: On January 10, 2017, James Booth signed his conditions of supervision indicating he understood all conditions as ordered by the Court. Specifically, Mr. Booth was made aware by his U.S. probation officer that he must refrain from any unlawful use of a controlled substance. |
| | On December 20, 2017, Mr. Booth violated mandatory condition number 3 by consuming marijuana. On this date, the offender reported to Pioneer Human Services and provided a urine sample which tested presumptively positive for marijuana. Mr. Booth signed an admission of use form admitting to the use of marijuana, but not indicating the date he had used. As of this date, the undersigned officer has not received lab confirmation. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court and issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 28, 2017

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge pursuant to previously issued summons.
[ ] Other

Signature of Judicial Officer

January 2, 2018

Date