Report Date: January 5, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

1/5/18

SEAN F. McAVOY, CLERK

Name of Offender: James Allen Booth        Case Number: 0980 2:13CR00185-TOR-1

Address of Offender:        Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 18, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846 |
| Original Sentence: | Prison - 24 months<br>TSR - 60 months       Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III       Date Supervision Commenced: January 5, 2017 |
| Defense Attorney: | Federal Defender's Office       Date Supervision Expires: January 4, 2022 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/20/2017 and 12/28/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 10, 2017, James Booth signed his conditions of supervision indicating he understood all conditions as ordered by the Court. Specifically, Mr. Booth was made aware by his U.S. probation officer that he must refrain from any unlawful use of a controlled substance.

Due to Mr. Booth's past drug use, he was directed to call the phase urine testing hotline at Pioneer Human Services (PHS) and to listen for the color "BROWN1." Mr. Booth was directed to report to PHS to supply a urine sample between the hours of 7 a.m. and 7 p.m. when he heard his color, "BROWN1." On January 2, 2018, the color "BROWN1" was called and Mr. Booth reported to PHS as directed. Mr. Booth supplied a urine sample which tested presumptive positive for marijuana. This sample was sent to Alere Toxicology Laboratory for confirmation.

On January 2, 2018, Mr. Booth was in direct violation of his conditions by allegedly using marijuana. Mr. Booth signed a drug use admission form indicating his use, but did not include the date of illegal drug use.

The undersigned officer called Mr. Booth on January 3, 2018. Mr. Booth was unsure of the date of his last illegal drug use, but ultimately determined it was December 24, 2017.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/05/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge pursuant to previously issued summons.
[ ]    Other

Signature of Judicial Officer

 January 5, 2018
Date