PROB 12C
(6/16)

Report Date: January 30, 2018

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | James Allen Booth | Case Number: | 0980 2:13CR00185-TOR-1 |

Address of Offender:                    th

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 18, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846 |
| Original Sentence: | Prison - 24 months  TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| | Date Supervision Commenced: January 5, 2017 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: January 4, 2022 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/20/2017, 12/28/2017, 1/5/2018, and 1/9/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On January 10, 2017, James Booth signed his conditions of supervision indicating he understood all conditions as ordered by the Court. Specifically, Mr. Booth was made aware by his U.S. probation officer that he must refrain from any unlawful use of controlled substances. |
| | On January 25, 2018, Mr. Booth was in direct violation of his conditions of supervision by submitting a urine sample that tested presumptive positive for marijuana. Mr. Booth signed an admission form stating he used marijuana around Christmas 2017. The sample has been sent to Alere Laboratory for further testing. |
| | Due to Mr. Booth's drug use, he was directed to call the phase urine testing hotline at Pioneer Human Services (PHS) and to listen for the color "BROWN1." Mr. Booth was directed to report to PHS to supply a urine sample between the hours of 7 a.m. and 7 p.m. when he heard his color, "BROWN1." On January 25, 2018, the color "BROWN1" was called and Mr. Booth reported as directed. At that time he supplied a urine sample which tested presumptive positive for marijuana. |

Prob12C
**Re: Booth, James Allen**
**January 30, 2018**
Page 2

| | |
|---|---|
| 10 | **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 10, 2017, James Booth signed his conditions of supervision indicating he understood all conditions as ordered by the Court. Specifically, Mr. Booth was made aware by his U.S. probation officer that he must refrain from any unlawful use of controlled substances.

On January 26, 2018, Mr. Booth was in direct violation of his conditions of supervision by submitting a urine sample that tested presumptive positive for marijuana. Mr. Booth signed an admission form stating he used marijuana around Christmas 2017. The sample has been sent to Alere Laboratory for further testing.

Due to Mr. Booth's drug use, he was directed to call the phase urine testing hotline at PHS and to listen for the color "BROWN1." Mr. Booth was directed to report to PHS to supply a urine sample between the hours of 7 a.m. and 7 p.m. when he heard his color, "BROWN1." On January 26, 2018, the color "BROWN1" was called and Mr. Booth reported as directed. At that time he supplied a urine sample which tested presumptive positive for marijuana.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/30/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violations contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[X]    Other: All pending violations will be addressed at the revocation hearing set for 2/14/2018.

Thomas O. Rice
Signature of Judicial Officer

January 30, 2018
Date