PROB 12C
(6/16)

Report Date: August 16, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Allen Booth | Case Number: 0980 2:13CR00185-TOR-1 |
| Address of Offender: | Spokane Valley, Washington 99216 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 18, 2015

Original Offense:  Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | January 5, 2017 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | January 4, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.. |
| | **Supporting Evidence**: On or about August 4, 2019, James Booth consumed marijuana. |
| | On January 10, 2017, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Booth, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements. |
| | Early in the morning on August 14, 2019, Mr. Booth emailed this officer a travel request form requesting to travel to Meridan, Idaho, from August 18 to 29, 2019. Shortly after receipt of that request, this officer contacted the offender and instructed him to report to the U.S. Probation Office for random urinalysis testing. |

Prob12C
Re: Booth, James Allen
August 16, 2019
Page 2

Shortly before the close of business on August 14, 2019, Mr. Booth reported to the U.S. Probation Office and submitted a urine sample that tested presumptive positive for marijuana. He signed an admission of use form admitting to the use of marijuana on or about August 4, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/16/2019

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Thomas O. Rice
Chief U.S. District Judge

Signature of Judicial Officer

August 16, 2019

Date