PROB 12C
(6/16)

Report Date: August 18, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2021

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Allen Booth                    Case Number: 0980 2:13CR00185-TOR-1

Address of Offender: ███████████████████, Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 18, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(1) and 846 |
| Original Sentence: | Prison - 24 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| | Date Supervision Commenced: January 5, 2017 |
| Defense Attorney: | Amy H. Rubin |
| | Date Supervision Expires: January 4, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On June 21, July 2 and 9, and August 5, 2021, James Booth allegedly violated the conditions of his supervision by failing to report for phase urinalysis testing when his assigned color was identified.

On January 10, 2017, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Booth, as outlined in the judgment. He signed the judgment acknowledging the requirements.

On August 9, 2021, this officer received notification from Pioneer Human Services (PHS) that the offender failed to report for phase urinalysis testing on August 5, 2021, when his assigned color was identified for testing.

Prob12C
Re: Booth, James Allen
August 18, 2021
Page 2

      As requested, PHS subsequently provided the undersigned officer with Mr. Booth's urinalysis log which reflected he failed to report for urinalysis testing on June 21, and July 2 and 9, and August 5, 2021.

2      **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

      **Supporting Evidence**: On August 7, 2021, James Booth allegedly violated the conditions of his supervision by consuming marijuana.

      On January 10, 2017, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Booth, as outlined in the judgment. He signed the judgment acknowledging the requirements.

      On August 9, 2021, Mr. Booth reported to the U.S. Probation Office to meet with this officer, as he was instructed. At that time, the offender was informed that he would be subject to random urinalysis testing; he responded with a thumb down. Mr. Booth subsequently admitted to the use of marijuana on or about August 7, 2021, and he signed an admission of use form confirming his admission.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 18, 2021

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

August 19, 2021
Date